UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAURO REZENDE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITIGROUP GLOBAL MARKETS, INC.<br><br>　　　　　Defendant. | CASE NO. 09–CV–9392 (HB)<br><br>ECF CASE<br><br><br>**NOTICE OF MOTION<br>IN SUPPORT OF<br>CROSS-CLAIM<br>PLAINTIFFS' MOTION<br><u>FOR SUMMARY JUDGMENT</u>** |
| CITIGROUP GLOBAL MARKETS, INC.,<br><br>　　　　　Counterclaimant,<br><br>　v.<br><br>LAURO REZENDE, COMPANHIA SIDERURGICA NACIONAL and INTERNATIONAL INVESTMENT FUND LTD.<br><br>　　　　　Counterdefendants. | |

　　　　PLEASE TAKE NOTICE that, upon the Declarations of Benjamin Steinbruch, dated December 16, 2010, Cláudia de Azeredo Santos, dated December 10, 2010, E. Andrew Marshalleck, dated December 15, 2010, Eduardo Valdés Aleman, dated December 14, 2010, Elaine Rosa Rios, dated December 10, 2010, Fernando Quintana Merino, dated December 16, 2010, Gabriel Varela, dated December 14, 2010, Henrique Aché Pillar, dated December 9, 2010, Jessica A. Rose, dated December 17, 2010, José Paulo De Oliveira Alves, dated December 14, 2010, Marcos Marinho Lutz, dated December 14, 2010, Otávio de García

Lazcano, dated December 15, 2010, Piedade Mota Da Fonseca, dated December 13, 2010, Rishi Alain Mungal, dated December 14, 2010; CSN and IIF's Statement Pursuant to Local Rule 56.1; and the accompanying Memorandum of Law in Support of CSN and IIF's Motion for Summary Judgment dated December 17, 2010, the undersigned will move in the United States District Court for the Southern District of New York, before the Honorable Harold Baer, United States District Court Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on a date to be determined by the Court, for an Order granting CSN and IIF's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, and for such other and further relief as the Court may deem just and proper.

      PLEASE TAKE FURTHER NOTICE that, pursuant to the governing scheduling order, any responsive papers are due on or before January 6, 2011, and reply papers are due on or before January 10, 2011.

Dated:  New York, New York
       December 17, 2010

                                    QUINN EMANUEL
                                    URQUHART & SULLIVAN, LLP

                                    By: /s/ Michael B. Carlinsky
                                         Michael B. Carlinsky
                                         michaelcarlinsky@quinnemanuel.com
                                         Kevin S. Reed
                                         kevinreed@quinnemanuel.com
                                         Jessica A. Rose
                                         jessicarose@quinnemanuel.com
                                         Hilary R. Ormond
                                         hilaryormond@quinnemanuel.com

                                         51 Madison Ave, 22nd Floor
                                         New York, NY 10010
                                         Tel: (212) 849–7000
                                         Fax: (212) 849–7100

                                    Attorneys for Companhia Siderurgica Nacional
                                    and International Investment Fund Ltd.