```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 6/2/11          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LAURO REZENDE,

        Plaintiff,

v.

CITIGROUP GLOBAL MARKETS, INC.

        Defendant.

---

CITIGROUP GLOBAL MARKETS, INC.,

        Counterclaimant,

v.

LAURO REZENDE, COMPANHIA SIDERURGICA NACIONAL and INTERNATIONAL INVESTMENT FUND LTD.

        Counterdefendants.

Case No. 09–CV–9392 (HB)

ECF Case

**JUDGMENT**

Hon. Harold Baer, Jr., U.S.D.J.:

    WHEREAS this action came on for trial before the Court and a jury, Honorable Harold Baer, Jr., District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict; it is hereby

    ORDERED, ADJUDGED AND DECREED that Plaintiff Companhia Siderurgica Nacional ("CSN"), is the rightful owner of all existing equity of International Investment Fund Ltd. ("IIF") and all of its assets, including the shares of stock in MRS Logistica S.A. held by IIF and the funds presently being held by the Clerk of the Court; and it is further

    ORDERED, ADJUDGED AND DECREED that all of the property and documents belonging to IIF that are presently in the possession of Defendant Lauro Henrique Campos Rezende ("Rezende") or his counsel, including but not limited to the original IIF bearer shares and other formation documents, as well as other documents in this case that pertain to CSN, shall

1

2

be immediately furnished to and retained by his present counsel, Ira Glauber of Jaffe & Asher LLP; and it is further

ORDERED, ADJUDGED AND DECREED that within ten (10) days after the time when any appeal taken in this matter is concluded or the time permitted to file a notice of appeal has expired, counsel for Rezende shall furnish to CSN all property and documents belonging to IIF, including but not limited to the original IIF bearer shares and other formation documents, as well as other documents in this case that pertain to CSN; and it is further

ORDERED, ADJUDGED AND DECREED that CSN recover from Rezende the sum of $2.2 million, with interest thereon at the rate of nine (9) percent as provided by law, and the costs of the action;

ORDERED, ADJUDGED AND DECREED that the Clerk of the Court is directed to enter final judgment for CSN; and it is further directed to the Clerk of the Court to close this case and remove it from my docket.

Dated: New York, New York
June 2, 2011

_____
HAROLD BAER, JR.
UNITED STATES DISTRICT JUDGE